IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NEXTPOINT FINANCIAL INC., *et al.,*[1]<br>    Debtors in a foreign proceeding. | Chapter 15<br>Case No. 23-10983 (TMH)<br>(Jointly Administered) |
| In re:<br>LM BP Holdings, LLC,<br>    Debtor in a foreign proceeding. | Chapter 15<br>Case No. 23-11660 (TMH)<br>(Joint Administration Requested) |

AMENDED[2] NOTICE OF AGENDA FOR HEARING
NOVEMBER 6, 2023, AT 11:00 A.M. (ET) IN COURTROOM #7[3]

**THIS HEARING WILL BE AN <u>IN-PERSON</u> HEARING**

**PARTIES ON ZOOM WILL BE NON-PARTICIPATING PARTIES ONLY**

**ZOOM REQUIRES ALL PARTICIPANTS TO REGISTER NO LATER THAN 4:00 P.M. THE DAY PRIOR TO THE SCHEDULED HEARING**

**PLEASE USE THE FOLLOWING LINK TO REGISTER IN ADVANCE FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIscuuhpzIuG6_a5Kck6diptbxYqwvv_7A

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are: NextPoint Financial Inc. (6134); LT Holdco, LLC (8090); LT Intermediate Holdco, LLC (0811); SiempreTax+ LLC (6145); JTH Tax LLC (8391); Liberty Tax Holding Corporation (N/A); Liberty Tax Service, Inc. (N/A); JTH Financial, LLC (1522); JTH Properties 1632, LLC (0248); Liberty Credit Repair, LLC (5427); Wefile, LLC (6778); JTH Tax Office Properties, LLC (0248); LTS Software LLC (6450), JTH Court Plaza, LLC (2116); 360 Accounting Solutions LLC (8312); LTS Properties, LLC (9088); NPI Holdco LLC (1936); CTAX Acquisition LLC (6975); Community Tax Puerto Rico LLC (4349); Community Tax LLC (8001); NPLM Holdco LLC (8132); MMS Servicing LLC (7430); LoanMe, LLC (5663); LoanMe Funding, LLC (2305); LM Retention Holdings, LLC (N/A); LoanMe Trust-Prime 2018-1 (0257); LoanMe Trust SBL 2019-1 (N/A); LoanMe Stores, LLC (3810); InsightsLogic, LLC (0818); and LM 2020 CM I SPE, LLC (N/A).  The location of the Debtors' headquarters is 500 Grapevine Hwy, Suite 402, Hurst, TX 76054, and the Debtors' mailing address is 1133 Melville St., Suite 2700, Vancouver, BC V6E 4E5.

[2] **Amended items appear in bold.**

[3] Copies of all petitions, motions, and pleadings identified herein may be obtained free of charge through the website of the Foreign Representative's noticing agent at https://cases.stretto.com/nextpoint.

ACTIVE\1603850488.5

YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM

*RE: CASE NO. 23-11660 (TMH)*

**MATTERS WITH CERTIFICATION OF COUNSEL [C.N.O./C.O.C.]:**

1. Motion of Authorized Foreign Representative for a Final Order (I) Granting Chapter 15 Recognition and Related Relief, and (II) Directing That Certain Orders in the Chapter 15 Case of NextPoint Financial Inc. Be Made Applicable to Additional Debtor in Subsequently Filed Case [D.I. 3; Filed 10/02/23].

   **Response Deadline:** October 30, 2023, at 4:00 p.m. (ET).

   **Related Documents:**

   A. Declaration of Peter Kravitz In Support of the Foreign Representative's Motion for Entry of an Order (I) Granting Chapter 15 Recognition and Related Relief, and (II) Directing that Certain Orders in the Chapter 15 Case of NextPoint Financial, Inc. be Made Applicable to Additional Debtor in Subsequently Filed Case [D.I. 4; Filed 10/2/23].

   B. Notice of (A) Filing of Chapter 15 Petition and Related Chapter 15 Documents Seeking Recognition of Canadian Proceeding as Foreign Main Proceeding or in the Alternative Foreign Non-Main Proceeding and (B) Recognition Hearing [D.I. 6; Filed 10/5/23].

   C. Final and Interim Order (A) Scheduling Hearing on Recognition of Chapter 15 Petitions, (B) Specifying Form and Manner of Service of Notice, and (C) Authorizing Redaction of Certain Personally Identifiable Information of Individual Stakeholders - *Case No. 23-10983 (TMH)* [D.I. 44; Filed 07/28/23].

   D. Notice of (A) Filing of Chapter 15 Petition and Related Chapter 15 Documents Seeking Recognition of Canadian Proceeding as Foreign Main Proceeding or In the Alternative Foreign Non-Main Proceeding and (B) Recognition Hearing - *Case No. 23-10983 (TMH)* [D.I. 78; Filed 10/16/23].

   E. Certificate of No Objection Regarding Notice of (A) Filing of Chapter 15 Petition and Related Chapter 15 Documents Seeking Recognition of Canadian Proceeding as Foreign Main Proceeding or in the Alternative Foreign Non-Main Proceeding and (B) Recognition Hearing [D.I. 9; Filed 11/01/23].

   **Responses Received**: None.

   **Status:** An order has been submitted for this matter under certificate of no objection; therefore, no hearing is necessary unless the Court has any comments or questions.

*CASE NO. 23-10983 (TMH)*

**MATTERS GOING FORWARD:**

2. Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief [D.I. 80; Filed 10/16/23].

    **Response Deadline:** October 30, 2023, at 4:00 p.m. (ET). Extended to October 31, 2023, at 4:00 p.m. (ET) for Gorilla Tax Services, Inc., Sarkauskas Empire Inc., Sarkauskas Enterprises, LLC, Mufeed Haddad, Mary Johnson, Mark Johnson, Michael Budka, and M&M Business Group, LP.

    **Related Documents:**

    A. Declaration of Peter Kravitz in Support of the Foreign Representative's Motion for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief [D.I. 81; Filed 10/16/23].

    B. Declaration of Colin Brousson in Support of the Foreign Representative's Motion for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief [D.I. 82; Filed 10/16/23].

    C. Notice of Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief [D.I. 83; Filed 10/16/23].

    D. Notice of Filing of (I) CCAA Vesting Order and (II) Final Transaction Agreement [D.I. 91; Filed 11/01/23].

    E. **Motion of the Foreign Representative for Leave to File Late Reply in Support of Recognition Motion [D.I. 98; Filed 11/03/23].**

    F. **Declaration of Authenticity of Business Records [D.I. 99; Filed 11/03/23].**

    **Responses Received:**

    A. Area Developers' Objection to Motion of the Foreign Representative for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief [D.I. 88; Filed **10/31/23**].

B.    **Motion of the Foreign Representative for Leave to File Late Reply in Support of Recognition Motion [D.I. 98; Filed 11/03/23].**

**Status:** This matter is going forward. **The Area Developers have indicated they intend to call two witnesses at the hearing, which they anticipate will take one to two hours.**

| | |
|---|---|
| Dated:  November 3, 2023<br>           Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>*/s/ R. Craig Martin*<br>R. Craig Martin (DE 5032)<br>1201 N. Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: craig.martin@us.dlapiper.com<br><br>-and-<br><br>Rachel Ehrlich Albanese (admitted *pro hac vice*)<br>Jamila Justine Willis (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: Rachel.Albanese@us.dlapiper.com<br>         Jamila.Willis@us.dlapiper.com<br><br>*Counsel to the Foreign Representative* |